

1  THOMAS P. BURKE State Bar No.: 37832
   JAMIE L. JOHNSON State Bar No.: 130698
2  HOWARD L. MAGEE State Bar No.: 185199
   TOREY J. FAVAROTE State Bar No.: 198521
3  BROBECK, PHLEGER & HARRISON LLP
   550 South Hope Street
4  Los Angeles, California 90071-2604
   Telephone:    (213) 489-4060
5  Facsimile:    (213) 745-3345

6  Attorneys for Plaintiffs
   Daniel Bozick (management trustee); John Brown (labor trustee);
7  Cathy O'Bryant (management trustee); William Perez (labor
   trustee); Mike Richards (management trustee); David Shankle
8  (management trustee); and James Willson (management trustee),
   as members of the Board of Trustees of the Southern California
9  IBEW-NECA Pension Trust Fund

FILED
CLERK, U.S. DISTRICT COURT
DEC 11 2000
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
DEC 11 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  DANIEL BOZICK (management trustee);      )   Case No. CV 00-07855-GHK(SHx)
    JOHN BROWN (labor trustee); CATHY        )
14  O'BRYANT (management trustee);           )   **STIPULATION OF DISMISSAL**
    WILLIAM PEREZ (labor trustee); MIKE      )   **AND ORDER THEREON**
15  RICHARDS (management trustee); DAVID      )
    SHANKLE (management trustee); and        )
16  JAMES WILLSON (management trustee), as    )   **F.R.C.P. RULE 41(a)(1)**
    members of the Board of Trustees of the  )
17  Southern California IBEW-NECA Pension     )   Room:        660, Roybal Federal Bldg.
    Trust Fund,                              )   Judge:       George H. King
18                                           )   Trial Date:  None Set
                       Plaintiffs,           )
19                                           )
               v.                            )
20                                           )
    STEPHEN BROWN (management trustee);      )
21  DOUG CHAPPELL (labor trustee);           )
    MARVIN KROPKE (labor trustee);           )
22  MARSHALL GOLDBLATT (labor trustee);      )
    and DEAN TODD (labor trustee) as         )
23  members of the Board of Trustees of the  )
    Southern California IBEW-NECA Pension     )
24  Trust Fund; and DOES 1 through 50,        )
    inclusive,                               )
25                                           )
                       Defendants.           )
26                                           )

27  ///

28  ///

1.

STIPULATION OF DISMISSAL AND ORDER THEREON
CV 00-07855-GHK(SHX)

LODGED

DEC - 7 PM 3:55
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

LANLIB\1\T2F\
670102 01
(#D1Y0!! DOC)
06/22/00

1    IT IS HEREBY STIPULATED by and between the parties to this action

2    through their designated counsel that the above-captioned action be and hereby is dismissed

3    in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1).

4    DATED: _____12/7_____, 2000        THOMAS P. BURKE

5                                                          JAMIE L. JOHNSON
                                                           HOWARD L. MAGEE

6                                                          TOREY J. FAVAROTE
                                                           BROBECK, PHLEGER & HARRISON LLP

7

8                                                          By: _____
                                                                        Torey J. Favarote

9                                                          Attorneys for Plaintiffs Daniel Bozick (management

10                                                        trustee); John Brown (labor trustee); Cathy O'Bryant
                                                           (management trustee); William Perez (labor trustee);

11                                                        Mike Richards (management trustee); David Shankle
                                                           (management trustee); and James Willson

12                                                        (management trustee), as members of the Board of
                                                           Trustees of the Southern California IBEW-NECA

13                                                        Pension Trust Fund

14

15   DATED: _____10-14_____, 2000      STUART H. YOUNG
                                                           KAREN S. SEIGEL

16                                                        HILL, FARRER & BURRILL LLP

17                                                        By: _____
                                                                        Karen S. Seigel

18

19                                                        Attorneys for Defendants Stephen Brown, Doug
                                                           Chappell, Marvin Kropke, Marshall Goldblatt and

20                                                        Dean Todd as members of the Board of Trustees of
                                                           the Southern California IBEW-NECA Pension Trust

21                                                        Fund

22

23                                              **ORDER**

24              IT IS SO ORDERED.

25   DATED: ___12/8/00___

26                                                        _____
                                                                        George H. King

27                                                        UNITED STATES DISTRICT JUDGE

28
                                                  2.

LANLIB1\T2F\
670102 01
(#D1Y01! DOC)
06/22/00
                              *STIPULATION OF DISMISSAL AND ORDER THEREON*
                                        CV 00-07855-GHK(SHX)

## ALL-PURPOSE PROOF OF SERVICE

I, Leticia Rivera, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Brobeck, Phleger & Harrison LLP, 550 South Hope Street, Los Angeles, California 90071-2604.

On December 7, 2000, I served a copy(ies) of the following document(s):

**STIPULATION OF DISMISSAL AND ORDER THEREON**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| **Attorney** | **Party(ies) Served** | **Method of Service** |
|---|---|---|
| Stuart H. Young, Jr., Esq.<br>Hill, Farrer & Burrill LLP<br>300 South Grand Avenue, 37th Floor<br>Los Angeles, CA 90071-3147<br>Telephone: (213) 620-0460 | Counsel for Defendants | U.S. Mail |

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Brobeck, Phleger & Harrison LLP, Los Angeles, California. I am readily familiar with Brobeck, Phleger & Harrison LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made, and that this declaration was executed on December 7, 2000, at Los Angeles, California

*Leticia Rivera*

Leticia Rivera

LANLIB1\T2R
670102 01
(#D1Y01¹ DOC)
06/22/00

3.